IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:20-cv-01040

| | |
|---|---|
| NANCY LUTHERAN | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FOOD LION, LLC AND DELHAIZE AMERICA, LLC, | ) |
| | ) |
|     Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned action is dismissed with prejudice. All rights to appeal are hereby waived. All parties are to bear their own costs, expenses, and attorney's fees.

Date: August 19, 2021

/s/ *Randolph M. James*
Randolph M. James (N.C. Bar No. 10000)
Randolph M. James, P.C.
PO Box 20069
Winston-Salem, NC 27120
Telephone: 336-724-7707
Fax: 336-724-9722
rmjames@rmjameslaw.com

*Attorneys for Plaintiff Nancy Lutheran*

Date: August 19, 2021

/s/ *Melissa A. Romanzo*
Melissa A. Romanzo (N.C. Bar No. 38422)
Hunton Andrews Kurth LLP
One South at the Plaza, Suite 3500
101 South Tryon Street

1

Charlotte, NC  28280
(T) 704.378.4783
(F) 704.378.4890
mromanzo@HuntonAK.com

Tyler S. Laughinghouse
(Special Appearance)
Hunton Andrews Kurth LLP
951 E. Byrd Street
Richmond, Virginia 23219
(T) 804.788.7309
(F) 804.343.4664
tlaughinghouse@huntonAK.com

*Attorneys for Defendants Food Lion, LLC and Delhaize America, LLC*

2